NO. PD-0769-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

Denied
12/7/15
Melk Judge

FILED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

FROM APPEAL NO. 02-15-00034-CR.

PRO SE PETITIONER'S MOTION FOR EXTENSION OF TIME

TO FILE PRO SE MOTION FOR REHEARING

TRIAL CAUSE NO. 0248756-D.
TARRANT COUNTY. TEXAS.

TO the honorable Texas Court of Criminal Appeals:
In accordance with Rule 79.6. of the Texas Rules of Appellate Procedures. PRO SE petitioner files this timely motion for an extension of time. in which to file a PRO SE motion for rehearing. from the Court's refusal dated: November 18, 2015.

So moved and prayed.

this the 1st day of December. 2015.

Respectfully submitted,

Larry Gene Sewell,
Pro se petitioner.

CERTIFICATE OF SERVICE

COPY TO: TARRANT COUNTY - DISTRICT ATTORNEY OFFICE
TEXAS STATE PROSECUTING ATTORNEY OFFICE

12-1-15.